THE STATE OF OHIO, APPELLEE, *v.* CASAS ET AL., APPELLANTS.

[Cite as *State v. Casas* (1996), 76 Ohio St.3d 107.]

(No. 96–679—Submitted April 30, 1996—Decided July 24, 1996.)

*Dunn & Hare Co., L.P.A.,* and *Kevin W. Dunn,* for appellants.

The judgment of the court of appeals is affirmed on the authority of *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 665 N.E.2d 1091.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 12, 665 N.E.2d 1091, 1098.